UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Specialized Loan Servicing LLC,

                Plaintiff(s),                23 cv 5351 (PKC)

     -against-                MEDIATION REFERRAL ORDER

Equity Prime Mortgage LLC,

                Defendant(s).
_____

CASTEL, U.S.D.J.

       WHEREAS, the parties desire to conserve resources and explore the possibility of an early resolution and have requested that the Court refer this case for an early and expedited mediation

       **It** is ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

       **This mediation is set for November 29, 2023 at 10:00 a.m., location or format to be determined.**  The assigned Mediator is authorized to advance or extend the mediation date by up to 7 days without leave of Court.  After the initial mediation session, the Mediator is empowered to conduct such subsequent mediation sessions as the Mediator in his or her discretion chooses to conduct.

       SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
         September 11, 2023