

Charles R. Jacob III
cjacob@goulstonstorrs.com
(212) 878-5143  Tel

January 11, 2024

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Permission GRANTED.
SO ORDERED.
Dated:  1/11/2024

_/s/ P. Kevin Castel_
P. Kevin Castel
United States District Judge

Re:   Specialized Loan Servicing LLC v. Equity Prime Mortgage, LLC
      Case No. 1:23-cv-05351 (PKC)

Dear Judge Castel:

As reported by the Mediator (ECF Doc. 22) and the parties (ECF Doc. 23), the parties have settled this action.  Prior to the settlement, the next conference in this action was scheduled to be held on March 4, 2024, at 10:00 a.m.

As part of the settlement, the parties agreed to this Court's continuing jurisdiction to enforce the Settlement Agreement in the event (which hopefully never occurs) that defendant defaults in its obligations under the Settlement Agreement.  *See* ECF Doc. 23 (resubmitted as Exhibit 1 hereto), ¶ 3.  On January 4, 2024 (ECF Doc. No. 24, at 2), the Court conditioned its continuing jurisdiction on the parties filing the Settlement Agreement on ECF.  Defendant has objected to any public disclosure of the Settlement Agreement, which contains a confidentiality provision, even in redacted form.  As a result, Plaintiff respectfully requests leave of the Court to file the Settlement Agreement under seal in both its redacted form, with financial and bank account information redacted (Exhibit 2 hereto, filed under seal), and in unredacted form (Exhibit 3 hereto, also filed under seal).

The Court's attention to this matter is appreciated.

Respectfully submitted,

_/s/Charles R. Jacob III_
Charles R. Jacob III
Counsel for Plaintiff

Cc:   All counsel (via ECF)