UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECIALIZED LOAN SERVICING LLC,<br><br>Plaintiff,<br><br>-against-<br><br>EQUITY PRIME MORTGAGE, LLC,<br><br>Defendant. | Case No. 23-CV-05351 (PKC)<br><br>**STIPULATION AND PROPOSED ORDER** |

WHEREAS, Plaintiff commenced this action (the "Action") against Defendant to recover certain amounts under contracts concerning the sale and purchase of mortgage servicing rights; and

WHEREAS, Defendant answered and denied liability; and

WHEREAS, the parties have agreed to a settlement of the claims asserted in this Action;

IT IS HEREBY STIPULATED AND AGREED, between and among the parties to this action by their respective undersigned counsel, as follows:

1. This Action has been settled by the parties on the terms set forth in a written Settlement Agreement (the "Settlement Agreement"), which may be filed with the Court in event of default thereunder;

2. The Action shall be dismissed with prejudice, except without prejudice to the parties' rights under the Settlement Agreement; and

3. This Court shall retain jurisdiction of the Action for the purpose of enforcing the terms of the Settlement Agreement, if necessary, performance of which is to be completed on or before December 5, 2024.

Dated: December 26, 2023

                                                GOULSTON & STORRS PC

                                                Charles R. Jacob III
                                                885 Third Avenue – 18th Floor
                                                New York, New York 10022
                                                (212) 878-5143
                                                Facsimile: (212) 878-6911
                                                cjacob@goulstonstorrs.com

                                                *Attorneys for Plaintiff*

                                                FORCHELLI DEEGAN TERRANA LLP

                                                Keith J. Frank
                                                333 Earle Ovington Blvd., Suite 1010
                                                Uniondale, New York 11553
                                                (516) 248-1700
                                                kfrank@forchellilaw.com

                                                *Attorneys for Defendant*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
2-15-24

2